IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01076-PAB-CBS

ERIC ADAMS,
    Plaintiff,
v.

OFFICER FOCHEE, and
OFFICER A. ESPINOSA,
    Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on "Plaintiff['s] Response to Defendants['] Reply in Support of Motion for Summary Judgment," filed by Mr. Adams on March 4, 2013. (*See* Doc. # 53). Pursuant to the Order Referring Case dated September 13, 2012 (Doc. # 15) and the memoranda dated November 5, 2012 (Doc. # 24), November 20, 2012 (Doc. # 29), and January 30, 2013 (Doc. # 48), all pending motions have been referred to the Magistrate Judge.

    Mr. Adams's 18-page submission constitutes a surreply to Defendants' Reply to their Motion for Summary Judgment. (*See* Docs. # 47, # 52). First, the Local Rules of Practice of the United States District Court for the District of Colorado do not provide for the filing of surreplies. *See* D.C. COLO. LCivR 7.1C. Second, Mr. Adams has already submitted a Motion for Summary Judgment and two Responses to Defendants' Motion for Summary Judgment. (*See* Docs. # 23, # 50, # 51). The court is not required to accept any further briefing on the pending Motions for Summary Judgment. The Motions are fully briefed and the court will issue a Recommendation in due course.

    Accordingly, IT IS ORDERED that "Plaintiff Response to Defendants['] Reply in Support of Motion for Summary Judgment" filed by Mr. Adams on March 4, 2013 (Doc. # 53) is STRICKEN. Briefing on the pending Motions for Summary Judgment (Docs. # 23 and # 47) is CLOSED. The court will not accept and may strike any further briefs on these Motions.

    DATED at Denver, Colorado, this 4th day of March, 2013.

                                      BY THE COURT:

                                      s/Craig B. Shaffer
                                      United States Magistrate Judge