IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action: 12-cv-01076-PAB-CBS** | FTR - Reporter Deck-Courtroom A402 |
| **Date: March 14, 2013** | Courtroom Deputy: Monique Wiles |

*Parties:*  *Counsel:*

ERIC ADAMS,    *Pro Se (appearing by telephone)*

    Plaintiff,

v.

A. ESPINOSA, *et al*.,    May E. Kim

    Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: PRELIMINARY SCHEDULING CONFERENCE**
**Court in session:   9:15 a.m.**
Court calls case. Appearance of counsel.

This matter was originally set on the docket for a Preliminary Scheduling Conference.

Discussion between the Court and Plaintiff, Eric Adams, regarding Plaintiff's pending Motion that the Court Cause ADMAX Staff to Release Plaintiff Legal Property [Doc. No. 40, filed 1/11/2013]; Plaintiff's Motion for Summary Judgment [Doc. No. 23, filed 11/2/2012] and Defendant's Motion for Summary Judgment [Doc. No. 47, filed 1/28/2013].

**It is ORDERED:**   Plaintiff's Motion that the Court Cause ADMAX Staff to Release Plaintiff Legal Property [Doc. No. 40, filed 1/11/2013] is **DENIED AS MOOT.**

**It is ORDERED:**   Discovery is STAYED until Plaintiff's Motion for Summary Judgment [Doc. No. 23, filed 11/2/2012] and Defendant's Motion for Summary Judgment [Doc. No. 47, filed 1/28/2013] are ruled on. The Court will issue a written order regarding the motions in due course.

HEARING CONCLUDED.

**Court in recess:**     **9:35 a.m.**
Total time in court:     20 minutes

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.