IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01076-PAB-CBS

ERIC ADAMS,
    Plaintiff,
v.

OFFICER FOCHEE, and
OFFICER A. ESPINOSA,
    Defendants.

___

## ORDER
___

Magistrate Judge Craig B. Shaffer

This civil action comes before the court on Mr. Adams's "Motion Pursuant to Fed. R. Civ. P. 54(b)" (filed March 14, 2013) (Doc. # 56) and his Amendment thereto (filed March 20, 2013) (Doc. # 58). Pursuant to the Order Referring Case dated September 13, 2012 (Doc. # 15) and the memorandum dated March 15, 2013 (Doc. # 57), this matter was referred to the Magistrate Judge.

Mr. Adams asks the court to reinstate his 18-page submission that was stricken on March 4, 2013. (*See* Doc. # 54). While the Local Rules of Practice of the United States District Court for the District of Colorado do not provide for the filing of surreplies, *see* D.C. COLO. LCivR 7.1C., and Mr. Adams has already submitted his own Motion for Summary Judgment and two Responses to Defendant Espinoza's Motion for Summary Judgment (*see* Docs. # 23, # 50, # 51), the court will grant Mr. Adams's request and reinstate his Surreply filed on March 4, 2013 (Doc. # 53). Accordingly,

IT IS ORDERED that "Plaintiff Response to Defendants['] Reply in Support of Motion for Summary Judgment" filed by Mr. Adams on March 4, 2013 (Doc. # 53) is REINSTATED as Mr. Adams's Surreply to Defendant Espinoza's Motion for Summary Judgment (Docs. # 47 (same as Doc. # 35-2)). Briefing on the pending Motions for Summary Judgment is now CLOSED. The court will not accept and may strike any further briefs on these Motions.

DATED at Denver, Colorado, this 21st day of March, 2013.

BY THE COURT:

          s/Craig B. Shaffer
          United States Magistrate Judge

1