# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-01076-PAB-CBS

ERIC ADAMS,

    Plaintiff,

v.

OFFICER FOCHEE and
OFFICER A. ESPINOA,

    Defendants.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 63] of Judge Philip A. Brimmer entered on June 18, 2013 it is

**ORDERED** that the Recommendation of United States Magistrate Judge [Docket No. 61] is ACCEPTED, Defendant Espinoza's Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56 for Lack of Exhaustion of Administrative Remedies [Docket No. 47] is GRANTED, all claims against defendant Espinoza are dismissed, and all claims against Defendant Foshee are dismissed without prejudice. It is

**FURTHER ORDERED** that this case is DISMISSED.

Dated at Denver, Colorado this 19th day of June, 2013.

                        FOR THE COURT:
                        JEFFREY P. COLWELL, CLERK

                        By: s/Edward P. Butler
                        Edward P. Butler, Deputy Clerk